# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

LKQ Corporation

                        Plaintiff,

v.	Case No.: 1:21−cv−03022
	Honorable Thomas M. Durkin

Robert Rutledge

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 11/30/2022. The parties are to send a proposed briefing schedule on summary judgment to Judge Durkin's Courtroom Deputy by 12/7/2022. The next status hearing will be scheduled after briefing is complete. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.